# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO A. BARBOZA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> M.D. McDONALD, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. SACV 10-1979-JAK (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 11, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE